NEIL FUCCILLE v. JOHNS–MANVILLE SALES CORPORATION.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GLEN MCDOWELL.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD VONELLA.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE NORMAN.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY COLLINS.

July 7, 1987.

Petition for certification denied.